UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
                                                          :
CARLOS LUGO,                                              :
                                                          :
                              Plaintiff,                  :
                                                          :                    21-cv-7423 (VSB)
                -against-                                 :
                                                          :                       **ORDER**
LESBIAN & GAY COMMUNITIES                                 :
SERVICE CENTER, et al.,                                   :
                                                          :
                              Defendants.   :
                                                          :
----------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

        Pro se Plaintiff filed his complaint initiating this action on September 3, 2021.  (Doc. 1.)

The Court granted Plaintiff's request to proceed *in forma pauperis* (IFP), thus entitling Plaintiff

to rely on the Court and the U.S. Marshals Service to effect service.  (Doc. 5.)  I also extended

the deadline by which Plaintiff needed to serve Defendants with the complaint, until 90 days

after summonses were issued.  (*Id.*)  If the complaint is not served within this time, Plaintiff can

request an extension of time for service.  (*Id.*)  *See Meilleur v. Strong*, 682 F.3d 56, 63 (2d Cir.

2012) (holding that it is the plaintiff's responsibility to request an extension of time for service).

Summonses were issued on September 20, 2021.  (Doc. 7.)  Accordingly, the deadline for the

U.S. Marshals Service to serve Defendants is December 19, 2021.  To date, an affidavit of

service has not been filed.

        Therefore, if the U.S. Marshals Service appears unable to effect service by December 19,

2021, Plaintiff is directed to file a letter with the court seeking an extension of time to serve

Defendants.  If the deadline passes, and Plaintiff fails to request an extension or otherwise

demonstrate that he intends to prosecute this litigation, I may dismiss this case pursuant to

Federal Rule of Civil Procedure 4(m).

 The Clerk of Court is respectfully directed to mail a copy of this order to the pro se

plaintiff.

SO ORDERED.

Dated: December 2, 2021
 New York, New York

Vernon S. Broderick
United States District Judge