APPLICATION DENIED. As set forth in the Court's 11/02/2023 Order (Doc. 36), Plaintiff was granted a 60-day extension to file his Amended Complaint.

SO ORDERED
VERNON S. BRODERICK
U.S.D.J.

original

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

Carlos Lugo,

(List the full name(s) of the plaintiff(s)/petitioner(s).)

-against-

Lesbian & Gay Communities Service Center and Chris LaPlant

(List the full name(s) of the defendant(s)/respondent(s).)

21 CV 7423 ( )( )

Application for the Court to Request Pro Bono Counsel

I ask the Court to request a *pro bono* attorney to represent me in this action. In support of my application, I declare under penalty of perjury that the following information is true and correct:

1. Have you previously filed a "Request to Proceed in Forma Pauperis" (an IFP application)? Please check the appropriate box below:

   ☒ I have previously filed an IFP application in this case, and it is a true and correct representation of my current financial status.

   ☐ I have not previously filed an IFP application in this case and now attach an original IFP application showing my financial status.

   ☐ I have previously filed an IFP application in this case, but my financial status has changed. I have attached a new IFP application showing my current financial status.

2. Explain why you need an attorney in this case. (Please note that requests for pro bono counsel are rarely granted at the early stages of a case and usually not before the Court has issued a decision on the merits of the case.) If you asked for an attorney earlier in this case, please also explain what has changed since you last asked for an attorney.

   I started this action 2 years ago, with no knowledge of the law. Since that time I have made errors in my pleadings which has resulted in my initial complaint being dismissed. In the courts order, the Court allowed me 30 days in which to Amend the Complaint. Partly due to the fact that I

Rev. 3/27/14

never filed an Amended Complaint, and partly due to the fact that the court found reasonable grounds to allow me to file an Amended complaint. I cannot file an Amended complaint on my own. I need assistance with understanding legal principles. Should the Court not grant me pro bono counsel, I would be lost and fear that I would make mistakes causing my last chance at litigation to end. In order for me to have a fighting chance, I need pro-bono counsel appointed. The defendants are represented by a high powered attorney, and I stand alone. In order to level the playing field, I humbly request your Honor to appoint counsel

/A

3. Explain what steps you have taken to find an attorney and with what results. (Please identify the lawyers, law firms or legal clinics you have contacted and their responses to your requests. If you have limited access to the telephone, mail, or other communication methods, or if you otherwise have had difficulty contacting attorneys, please explain.)

_____

_____

_____

_____

_____

4. If you need an attorney who speaks a language other than English, state what language(s) you speak: _____.

5. I understand that if an attorney volunteers to represent me and that attorney learns that I can afford to pay for an attorney, the attorney may give this information to the Court.

6. I understand that even if the Court grants this application, I will receive *pro bono* counsel only if an attorney volunteers to take my case and that there is no guarantee that an attorney will volunteer to represent me.

7. I understand that if my answers on this application or in my IFP application are false, my case may be dismissed.

11-2-23
Date

Signature

Lugo, Carlos
Name (Last, First, MI)

N/A
Prison Identification # (if incarcerated)

775 Concourse Village East Apt 16E, Bronx, NY, 10451
Address / City / State / Zip Code

646-626-3069
Telephone Number

N/A
E-mail Address (if available)

2