```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/10/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CARLO LUGO,

       Plaintiff,

-against-

LESBIAN & GAY COMMUNITIES SERVICE CENTERS, et al.,

       Defendants.

21-CV-07423 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

  Plaintiff Lugo is *pro se* and proceeding *in forma pauperis*. On January 17, 2024, Plaintiff Lugo filed an amended complaint, which named Forrest Solutions as a defendant. *See* Dkt. No. 39 (the "Amended Complaint"). On March 11, 2024, the Court directed the U.S. Marshals Service to effectuate service on Forrest Solutions. *See* Dkt. No. 49. On June 6, 2024, Defendant Forrest Solutions appeared and filed a motion to dismiss the Amended Complaint. *See* Dkt. No. 60. Forrest Solutions has served a copy of its motion papers on the Plaintiff and filed proof of that service on the docket. *See* Dkt. No. 62.

  It is further ORDERED that the briefing schedule for Defendant Forrest Solutions' motion to dismiss shall be as follows:

- Plaintiff Lugo's opposition shall be due no later than **July 16, 2024**; and
- Defendant Forrest Solutions' reply shall be due no later than **July 23, 2024**.

  The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff Lugo.

Dated: June 10, 2024
   New York, New York

               SO ORDERED.

               _____
               MARGARET M. GARNETT
               United States District Judge