**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
CARLOS LUGO,

                Plaintiff,

   -against-                                    21 **CIVIL** 7423 (MMG)

                                                         **<u>JUDGMENT</u>**

LESBIAN & GAY COMMUNITIES SERVICE
CENTER, et al.,

                Defendants.
-----------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated December 19, 2024, Defendant The Center's motion to dismiss (Dkt. No. 46) and Defendant Forrest's motion to dismiss (Dkt. No. 60) are both GRANTED, and all claims against all defendants are DISMISSED WITH PREJUDICE; accordingly, the case is closed.

**Dated:** New York, New York

       December 20, 2024

                                                             **TAMMI M. HELLWIG**
                                                              **Clerk of Court**

                         **BY:**     *K. Mango*

                                                             **Deputy Clerk**